IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | CASE 1:12-CR-00234 - SS |
| | § § | |
| AMADO PARDO (1) | § | |

## MOTION TO CONTINUE DETENTION HEARING

The defendant Amado Pardo, by his attorney Ben Florey, makes this Motion to Continue the Detention Hearing in this case and would show the Court the following:

I.

The detention hearing for Defendant Amado Pardo was originally scheduled for June 26, 2010. at 2:30pm.  On the oral motion of Defendant's attorney said hearing was continued.  The resulting hearing date is June 28, 2012, at 9:00am.

Defendant now files this written motion to continue the June 28, 2012, date to a date next week so that important information relevant to the issues in the Defendant's detention hearing can become available.

II.

This Motion is not made for delay.  Good cause for this continuance exists because Defendant's health care providers require particular releases in order to provide the information requested.

III.

Defense counsel has contacted the United States Attorney's office and left a message with

Elizabeth Cottingham regarding this motion.

IV.

WHEREFORE, Defendant requests that the detention hearing date of June 28, 2012, be continued.

Respectfully submitted,

S//electronically signed

Ben Florey
Attorney for Defendant
Sbn 07169500

FLOREY LAW OFFICES
1800 Guadalupe Street
Austin, Texas 78701
Phone 512/479-8600

## CERTIFICATE OF SERVICE

I certify that on the 27th of June, 2012, a true and correct copy of the foregoing instrument sent electronically to Assistant United States Attorney, Dan Guess and Elizabeth Cottingham as filed with the Clerk of the Court, using the CM/ECF system which transmits filings to all counsel of record.

                                     S//electronically signed
                                      Attorney for Defendant
                                      Ben Florey

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | CASE 1:12-CR-00234 |
| | § § | |
| AMADO PARDO | § | |

### ORDER

Came for consideration Defendant Amado Pardo's Motion to Continue the Detention Hearing Date. Having heard and considered the grounds for said Motion, the Court is of the opinion that Defendant's commitment date should be continued to _____.

SO ORDERED THIS ____ day of _____, 2012.

_____
UNITED STATES MAGIATRATE